UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

# REAFFIRMATION AGREEMENT

Debtor's Name: Jeffrey Cogswell. Case No: 05-14681-MWV
Chapter: 7

Creditor's Name and Address: Ford Motor Credit Company
P.O. Box 537950
Livonia, MI 48153

Instructions:
1) Attach a copy of all court judgments, security agreements, and evidence of their perfection.
2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court.

## NOTICE TO DEBTOR

**This agreement gives up the protection of your bankruptcy discharge for this debt. As a result of this agreement, the creditor may be able to take your property or wages if you do not pay the agreed amounts. The creditor may also act to collect the debt in other ways.**

**You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is later, by notifying the creditor that the agreement is cancelled.**

**You are not required to enter into this agreement by any law. It is not required by the Bankruptcy Code, by any other law, or by any other contract (except another reaffirmation agreement made in accordance with Bankruptcy Code §524(c).**

**You are allowed to pay this debt without signing this agreement. However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be able to collect it from you. The creditor will also not be allowed to take your property to pay the debt unless the creditor has a lien on that property.**

**If the creditor has a lien on your personal property, you may have a right to redeem the property and eliminate the lien by making a single payment to the creditor equal to the current value of the property, as agreed by the parties or determined by the court.**

**This agreement is not valid or binding unless it is filed with the clerk of the bankruptcy court. If you were not represented by an attorney during the**

**negotiation of this reaffirmation agreement, the agreement cannot be enforced by the creditor unless; 1) you have attended a reaffirmation agreement hearing in the bankruptcy court, and 2) the agreement has been approved by the bankruptcy court. (Court approval is not required if this is a consumer debt secured by a mortgage or other lien on your real estate.)**

## REAFFIRMATION AGREEMENT

The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows:

### THE DEBT

| | |
|---|---|
| Net Balance at Time of Filing: | $7,317.36 |
| Current Payoff: | $7,317.36 |
| Annual Percentage Rate (APR) | 0.00% |
| Amount of Monthly Payment: | $430.43 |
| Date Payments Start: | 12/20/01 |
| Total Number of Payments to be made: | 60 |
| Total of Payments if paid according to schedule: | $25,825.85 |
| Date Any Lien is to be Released if paid according to the schedule: | 12/20/06 |

The debtor agrees that any and all remedies available to the creditor under the security agreement remain available.

All additional terms agreed to by the parties (if any):

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Payments on this debt (were not) in default on the date on which this bankruptcy case was filed. This agreement differs from the original agreement with the creditor as follows:

______________________________________________________________________

______________________________________________________________________

**CREDITOR'S STATEMENT CONCERNING AGREEMENT AND SECURITY/COLLATERAL (IF ANY)**

Description of Collateral. If applicable, list manufacturer, year and model:
2001 FORD WINDSTAR

Value: $10,925.00

Basis or Source for Valuation: NADA Guide Book

Current Location and Use of Collateral: Debtor's address, personal

Expected Future Use of Collateral: Unknown

Check Applicable Boxes:

☐ Any lien described herein is valid and perfected

☐ This agreement is part of a settlement of a dispute regarding the dischargeability of this debt under section 523 of the Bankruptcy Code (11 U.S.C. §523) or any other dispute. The nature of dispute is:

________________________________________.

**DEBTOR'S STATEMENT OF EFFECT OF AGREEMENT ON DEBTOR'S FINANCES**

My monthly income (take home pay plus any other income received) is: $____________________.

My current monthly expenses total $____________, not including any payment due under this agreement or any debt to be discharged in this bankruptcy case.

I believe this agreement ~~(will)~~ (will not) impose an undue hardship on me or my dependents.

**DEBTOR'S STATEMENT CONCERNING DECISION TO REAFFIRM**

I agreed to reaffirm this debt because:

________________________________________________

________________________________________________

I believe this agreement is in my best interest because:

______________________________________________

______________________________________________

I (considered) (did not consider) redeeming the collateral under section 722 of the Bankruptcy Code (11 U.S.C. §722). I chose not to redeem because:

______________________________________________

______________________________________________

I (was) (was not) represented by an attorney during negotiations on this agreement.

## CERTIFICATION OF ATTACHMENTS

Any documents which created and perfected the security interest or lien (are) (are not) attached. *(If documents are not attached):* The documents, which created and perfected the security interest or lien are not attached because:

______________________________________________

______________________________________________

## SIGNATURES

______________________________
(Signature of Debtor)

Date: 11-14-05

______________________________
(Signature of Joint Debtor)

Date: ______________

Ford Motor Credit Company

______________________________
(Name of Creditor)

______________________________
(Signature of Creditor Representative)
Edward C. Dial, Jr. Esq.-BNH #01756
Attorney for Ford Motor Credit Company

11-17-05
Date

# NEW HAMPSHIRE SIMPLE INTEREST VEHICLE RETAIL INSTALMENT CONTRACT

DATE

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | CREDITOR (Seller Name and Address) |
|---|---|
| JEFFREY COGSWELL<br>AND Lara Cogswell<br>473 BERRY RD.<br>ALEXANDRIA, NH 03222- (GRAFTON) | MEREDITH MOTOR CO., INC.<br>339 D.W. HIGHWAY<br>MEREDITH, NH 03253 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Sale Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Floor Sample or Demo | Year and Make | Model | GVW If Truck (lbs.) | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|---|
| NEW | | 2001 FORD | WINDSTAR | | 2FMZA57441BA12318 | ☒ Personal ☐ Agricultural ☐ Commercial |

Trade-in N/A (Year and Make) $ N/A (Gross Allowance) $ N/A (Amount Owing)

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Sale Price ........ $ 25,825.85 (1)
2. Down Payment
   - Third Party Rebate Assigned to Creditor ........ $ N/A
   - Cash Down Payment ........ $ N/A
   - Pickup Payment due ________ $ N/A
   - Trade-in (description above) ........ $ 0.00
   - Total Down Payment ........ $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........ $ 25,825.85 (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts)
   - To Public Officials
     - (i) for license, title & registration fees $ N/A ;
     - (ii) for documentary fees $ N/A ;
     - (iii) for taxes (not in Cash Sale Price) $ N/A ........ $ N/A
   - To Insurance Companies for
     - Vehicle Insurance ........ $ N/A
     - Credit Life Insurance ........ $ N/A
     - Credit Disability Insurance ........ $ N/A
     - ........ $ N/A
   - To N/A for N/A ........ $ N/A
   - To N/A for N/A ........ $ N/A
   - To N/A for N/A ........ $ N/A
   - To N/A for N/A ........ $ N/A
   - Total ........ $ N/A (4)
5. Amount Financed (3 plus 4) ........ $ 25,825.85 (5)

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all scheduled payments | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of $ N/A |
|---|---|---|---|---|
| 0.00 % | $ 0.00 | $ 25,825.85 | $ 25,825.85 | $ 25,825.85 |

| Payment Schedule — | ☒ Number of payments | Amount of Each payment | When Payments are due |
|---|---|---|---|
| Your payment schedule will be: | 59 | $ 430.43 | monthly starting December 20, 2001 |
| | 1 final | $ 430.48 | |
| | ☐ | | |

Prepayment: If you pay off your debt early, you will not have to pay a penalty.

Late Payment: You must pay a late charge on the portion of each payment received more than 10 days late. The charge is 5 percent of the late amount or $50.00, whichever is less.

Security Interest: You are giving a security interest in the vehicle being purchased.

Contract: Please see this contract for additional information on security interest, non payment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

## INSURANCE

YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

☐ Credit Life N/A (Insurer)
$ N/A (Premium) N/A (Insured(s))
Signature(s)

☐ Credit Disability N/A (Insurer)
$ N/A (Premium) N/A (Insured)
Signature

☐ N/A (Type of Insurance) N/A (Term)
N/A (Insurer) $ N/A (Premium)
N/A
Signature

Credit Life and Credit Disability insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.

You are required to insure the vehicle. If a charge is shown below, the Creditor will try to buy the coverages checked for the term shown. Coverages will be based on the cash value of the vehicle at time of loss, but not more than the limits of the policy.

☐ Comprehensive ☐ $ N/A Deductible Collision
☐ Fire-Theft-Combined Additional Coverage
☐ Towing and Labor
☐ Term N/A Months (Estimate)
Premium $ N/A

Any change in this contract must be in writing and signed by you and the Creditor.

BUYER: [signature] CO-BUYER: [signature]

NOTICE TO THE BUYER: 1. Read this contract before you sign. 2. You are entitled to an exact copy of the contract you sign.

Buyer acknowledges receipt of a true and completely filled in copy of this contract at the time of signing.

Buyer Signs [signature] (Co) Buyer Signs [signature]

By signing below, the Seller accepts this contract. If no other Assignee is named in a separate assignment attached to this contract the Seller assigns it to Ford Motor Credit Company.

Seller MEREDITH MOTOR CO., INC. By [signature] Title

## QUESTIONS?




PLEASE CALL US AT 1-800-727-7000

00-001

FC 17628-SI Oct 00 (Previous editions may NOT be used) SEE BACK FOR ADDITIONAL AGREEMENTS

ORIGINAL

525

TDMV1 (REV. 6/98)




# STATE OF NEW HAMPSHIRE

| VEHICLE IDENTIFICATION NO. | MODEL YR. | YR. OF MFG. | MAKE | MODEL |
|---|---|---|---|---|
| 2FMZA57441BA12318 | 2001 | | FORD | WINDSTAR |

| TITLE NO. | BODY STYLE | NEW/USED | ODOMETER | DATE OF ISSUE |
|---|---|---|---|---|
| 8871072 | VAN | NEW | 10 ACTUAL MILEAGE | 01/07/02 |

MAILING ADDRESS

FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 303485704

OWNER(S) NAME AND ADDRESS

COGSWELL JEFFREY T AND
COGSWELL LARA S
473 BERRY ROAD
ALEXANDRIA NH 03222

FIRST LIENHOLDER NAME AND ADDRESS

FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 30348

LEGEND(S)

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN

THE LIEN HOLDER ON THE VEHICLE DESCRIBED IN THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN IS RELEASED.

_______________ BY _______________ DATE _______________
FIRM NAME SIGNATURE OF AUTHORIZED AGENT

_______________ BY _______________ DATE _______________
FIRM NAME SIGNATURE OF AUTHORIZED AGENT

THE DIVISION OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE APPLICANT HEREIN NAMED IS DULY REGISTERED AS THE OWNER OF THE VEHICLE DESCRIBED ABOVE; AND THAT FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DIVISION, THE VEHICLE DESCRIBED IS SUBJECT TO THE LIENS ENUMERATED, IF ANY, AND NO OTHERS.

CONTROL NUMBER

C676798 5



VIRGINIA C. BEECHER
DIRECTOR

VOID IF ALTERED